IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINESH MANIAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CROMPTON KENNEDY FINE WINE PURVEYORS<br><br>　　　　Defendant.<br>_____ / | No.　　C06-02537 MJJ<br><br>**ORDER OF DISMISSAL** |

　　　　On **August 23, 2006,** the Court ordered **Plaintiff** to show cause in writing, no later than **August 29, 2006**, why the above-entitled action should not be dismissed.  To date, Plaintiff has not complied with this order.

　　　　Accordingly, the present action is **DISMISSED WITH  PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The clerk of the court is directed to close the file.

　　**IT IS SO ORDERED.**

Dated:　8/30/2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge