James T. Graeb, State Bar No. 103696
400 Oyster Point Boulevard, Suite 415
South San Francisco, California 94080
Telephone: (415) 266-8080
Facsimile: (415) 266-8089

Glenn P. Zwang, State Bar No. 112295
Kerry L. Duffy, State Bar No. 233160
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
DINESH MANIAR
dba DIAMOND OAKS WINERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINESH MANIAR, an individual, dba DIAMOND OAKS WINERY, <br><br> Plaintiff, <br><br> v. <br><br> CROMPTON KENNEDY FINE WINE PURVEYORS, a limited liability company; MICHAEL TRUSIAK, an individual, <br><br> Defendants. | No. C 06 2537 MJJ <br><br> **ORDER [■■■■■■] SETTING ASIDE ORDER OF DISMISSAL** |

**ORDER**

Having reviewed the Ex Parte Application to Set Aside Dismissal and the accompanying Declarations of James T. Graeb and Lori Stumpf, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Order of Dismissal filed August 31, 2006 be and hereby is set aside and vacated. This case is hereby reopened.

Dated: September 19, 2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge

-1-

2105.000/318183.1    Order [■■■■■■] Setting Aside Order of Dismissal
Case No. C 06 2537