IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINESH MANIAR,<br><br>            Plaintiff,<br><br>    v.<br><br>CROMPTON KENNEDY FINE WINE PURVEYORS,<br><br>            Defendant.<br> _____ / | No. C06-02537 MJJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's Motion for Default Judgment. (Docket No. 13.) On July 17, 2007, Magistrate Judge Edward Chen issued a Report and Recommendation ("R&R") regarding Plaintiff's Motion for Default Judgment. (Docket No. 32.) On July 27, 2007, Plaintiff filed Plaintiff's Supplemental Briefing and Evidence in Support of Motion for Default Judgment, and Award of a Damgages (sic) on the Fraudulent Inducement Claim ("Plaintiff's Supplemental Motion"). (Docket No. 33.)

The Court has considered the R&R, and agrees with the Magistrate Judge's reasoning. The Court also considered, but is unpersuaded by, the request in Plaintiff's Supplemental Motion for the Court to consider additional evidence.

This Court has wide discretion to consider and reconsider the Magistrate's recommendation. Courts have identified several relevant factors to decide whether to accept additional evidence after a Magistrate's recommendation has been issued, including: (1) the moving party's reasons for not

1 originally submitting the evidence; (2) the importance of the omitted evidence to the moving party's
2 case; (3) whether the evidence was previously available to the non-moving party when it responded
3 to the summary judgment motion; and (4) the likelihood of unfair prejudice to the non-moving party
4 if the evidence is accepted.  *See Freeman v. County of Bexar*, 142 F.3d 848, 852 (5th Cir. 1998).

5     The Court finds that these factors generally weigh against allowing Plaintiff's request to
6 supplement the record with additional evidence of production costs.  The evidence that Plaintiff now
7 seeks to put before this Court was previously available to Plaintiff and Plaintiff has not provided an
8 adequate explanation as to why this level of detail was not introduced earlier.  Additionally,
9 Plaintiff's request conflicts with this Court's belief that "[l]itigants may not . . . use the magistrate
10 judge as a mere sounding-board for the sufficiency of the evidence."  *Id.* at 852.

11     Accordingly, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's Motion for Default
12 Judgment, awarding damages in the amount of **$274,550.00**.  Additionally, the Court **DENIES** the
13 request in Plaintiff's Supplemental Motion that the Court consider additional evidence.

14

15 **IT IS SO ORDERED.**

16

17 Dated: October 23, 2007

                                  MARTIN J. JENKINS
18                                   UNITED STATES DISTRICT JUDGE